UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO WILLIAM NUNN,

    Plaintiff,                                    Case No. 1:14-cv-523

v.                                              HON. JANET T. NEFF

UNKNOWN HEEKE, et al.,

    Defendants.
_____/

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Heeke and Mangus filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 9, 2014, recommending that this Court grant Defendants' motion and this action be dismissed. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 17) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 14) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.

Dated: January 6, 2015                                  /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge